# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

143277

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re MARVIN L. CLARK TRUST.

_____

BETTY CLARK,
        Petitioner-Appellant,

v

                                      SC: 143277
                                      COA: 296041
                                      Wayne Probate Court:
                                                03-664463-TV

COMERICA BANK,
        Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

y1219